**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> APPROVED. Case is dismissed with prejudice.
> Dated: May 11, 2021
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| ROBERT J. HOBART, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 1:20-cv-2167-RLY-DLP |
| | ) |
| BASF CORPORATION, | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of this lawsuit, costs paid.

Dated: May 5, 2021

Respectfully Submitted,

*/s/ Robert P. Kondras, Jr. (w/ permission)*
Robert P. Kondras, Jr.
HASSLER KONDRAS MILLER LLP
100 Cherry St.
Terre Haute, IN 47807
Telephone: (812) 232-969
Facsimile: (812) 234-2881
*kondras@huntlawfirm.net*

**ATTORNEY FOR PLAINTIFF**
**ROBERT J. HOBART**

*/s/ Kenneth B. Siepman*
Kenneth B. Siepman, 15561-49
Amanda C. Couture, 24838-53
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
111 Monument Circle, Suite 4600
Telephone: 317.916.1300
Facsimile: 317.916.9076
*kenneth.siepman@ogletree.com*
*amanda.couture@ogletree.com*

**ATTORNEYS FOR DEFENDANT**
**BASF CORPORATION**